IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-387-MOC-DCK

| | |
|---|---|
| CHARLESTON ADVANCEMENT ACADEMY HIGH SCHOOL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| ACCELERATION ACADEMIES LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) filed by Katie Weaver Hartzog, concerning Carolyn Naylor Flynn on July 23, 2020. Carolyn Naylor Flynn seeks to appear as counsel *pro hac vice* for Plaintiff Charleston Advancement Academy High School. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) is **GRANTED**. Carolyn Naylor Flynn is hereby admitted *pro hac vice* to represent Plaintiff Charleston Advancement Academy High School.

Signed: July 24, 2020

David C. Keesler
United States Magistrate Judge