UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-387-MOC-DCK

| | |
|---|---|
| CHARLESTON ADVANCEMENT ACADEMY HIGH SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>ACCELERATION ACADEMIES, LLC, ACCELERATION EDUCATION, INC.,<br><br>Defendants. | ORDER |

This matter comes before the Court on a Motion Stay the Proceedings and Compel Arbitration in Light of Ruling from District of South Carolina, filed by Defendant Acceleration Academies, LLC. (Doc. No. 28). Defendant filed the Motion on July 23, 2020. Plaintiff filed ITS Response on August 6, 2020, and Defendant filed a Reply on August 7, 2020. Thus, this matter is ripe for disposition. The Court, having considered the parties' briefing, pleadings, and applicable case law, enters the following **ORDER**:

This Court **GRANTS** Defendant's Motion to Stay the Proceedings and Compel Arbitration. (Doc. No. 28). The parties shall file a status update within fourteen (14) days of the conclusion of the arbitration proceedings.

Signed: August 17, 2020

Max O. Cogburn Jr.
United States District Judge