UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-387-MOC-DCK

| | |
|---|---|
| CHARLESTON ADVANCEMENT ACADEMY HIGH SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>ACCELERATION ACADEMIES, LLC,<br>ACCELERATION EDUCATION, INC.,<br><br>Defendants. | ORDER |

This matter comes before the Court its own motion following a Status Report filing as well as informal correspondence notifying the Court that this action has been resolved. <u>See</u> (Doc. No. 35).

Therefore, the Court respectfully instructs the Clerk to terminate this action.

**IT IS SO ORDERED**.

Signed: October 25, 2024

Max O. Cogburn Jr.
United States District Judge